UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RESULTS SYSTEMS CORPORATION,

       Appellant,

v.

MQVP, INCORPORATED,

       Appellee.

Case numbers 07-13203 & 07-13204

Honorable Julian Abele Cook, Jr.

## ORDER

On July 18, 2007, the United States Bankruptcy Court for the Eastern District of Michigan issued two separate orders in Bankruptcy Case Number 06-51141; to wit, (1) an order which denied the confirmation of a plan reorganization, as proposed by the Appellant, Results Systems Corporation ("Results Systems"),[1] and (2) an order which converted the case to Chapter 7. An appeal from the two bankruptcy court decisions by Results Systems to this Court followed.

On September 11, 2007, Results Systems filed a motion to consolidate the two appeals, stating that (1) both matters share nearly identical procedural and factual histories, and (2) there is a significant overlap in the legal analysis of each case.[2] No opposition to this motion has been filed

---

[1] According to the official records, Keystone Automotive Industries, Inc. ("Keystone Automotive") had joined Results Systems Corporation in proposing the plan confirmation to the Bankruptcy Court. However, there is no indication that Keystone Automotive has joined Results Systems in its appeal to this Court.

[2] Results Systems also filed a motion on the same date, in which it requested an extension of time to file its appellate brief with this Court. Noting that MQVP has not filed any opposition to this motion and believing that the requested relief is appropriate, Results Systems will be given a period

by the Appellee, MQVP, Incorporated ("MQVP"), as of this date.

The Court, having reviewed Fed.R.Civ.P. 42, as well as the record in this cause, finds that (1) there are common facts and questions of law in each appeal, and (2) a consolidation of these two matters will avoid an unnecessary delay and expenditure of costs. Thus, the Court will grant Results Systems' motion to consolidate. All subsequent pleadings (e.g., motions, responses, briefs, etc.) shall be filed under Case No. 07-13203.

IT IS SO ORDERED.


Dated:  November 6, 2007           s/ Julian Abele Cook, Jr.
    Detroit, Michigan          JULIAN ABELE COOK, JR.
         United States District Court Judge


Certificate of Service

I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

         s/ Kay Alford
         Courtroom Deputy Clerk

---

of ten (10) days from the date of this order in which to file a single brief that will address the issues on appeal.